UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICKIE VLADO,

                Plaintiff/Counter-Defendant,

-against-

CMFG LIFE INSURANCE COMPANY,

                Defendant/Counter-Claimant.

23-CV-3234 (JGLC)

**NOTICE OF REASSIGNMENT**

---

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is hereby adjourned. Oral argument on Plaintiff/Counter-Defendant's Motion to Dismiss Counterclaim and Strike Affirmative Defenses (Dkt. 12) will be held before Judge Clarke on **August 9, 2023, at 3:00 pm** via Microsoft Teams. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated: July 10, 2023
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            JESSICA G. L. CLARKE
                                            United States District Judge