UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICKIE VLADO,<br><br>        Plaintiff/Counter-Defendant,<br><br>-against-<br><br>CMFG LIFE INSURANCE COMPANY,<br><br>        Defendant/Counter-Claimant. | 23-CV-3234 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The parties shall appear for a case management conference with the Court to address the pending discovery dispute, *see* ECF Nos. 47–49, on **December 27, 2023** at **10:00 a.m.** via Microsoft Teams.

Dated: December 19, 2023
     New York, New York

                   SO ORDERED.

                   *Jessica Clarke*

                   JESSICA G. L. CLARKE
                   United States District Judge