UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICKIE VLADO,

                Plaintiff/Counter-Defendant,

-against-

CMFG LIFE INSURANCE COMPANY,

                Defendant/Counter-Claimant.

23-CV-3234 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

        The Court hereby ADJOURNS the case management conference scheduled for January 24, 2024 to **February 21, 2024 at 2:00 p.m.** via Microsoft Teams. The Court will address the issue of sanctions, *see* ECF No. 57, at this conference. The parties are reminded that the post-discovery joint status letter pursuant to the Court's Individual Rule 3(d) is due **February 16, 2024**.

Dated: January 19, 2024
       New York, New York

                                                  SO ORDERED.

                                                  *Jessica Clarke*

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge