UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICKIE VLADO,

                Plaintiff,

-against-

CMFG LIFE INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------

**ORDER**

**23-cv-03234 (JGLC) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference was held in this matter on **May 9, 2024.** No settlement was reached. The Parties are directed to meet and confer, and file a joint letter to the Court by **May 23, 2024,** with proposed next steps regarding discovery, substantive motions, or trial.

    SO ORDERED.

DATED:    New York, New York
                May 10, 2024

                                                                JENNIFER E. WILLIS
                                                               United States Magistrate Judge