UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICKIE VLADO,<br><br>                  Plaintiff,<br><br>      -against-<br><br>CMFG LIFE INSURANCE COMPANY,<br><br>                  Defendant. | 23-CV-3234 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The motion for leave to appeal having been fully briefed, *see* ECF Nos. 111, 112, 115, 116, it is hereby ORDERED that all parties appear for a conference with the Court on December 10, 2025, at 10:00 a.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 830461883#. The parties should be prepared to discuss the motion, including Plaintiff's request to stay further trial proceedings pending the appeal.

Dated: November 20, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge